UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | Case No. 2:22-cv-00650-WBS-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| D. MORENO, *et al.*, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On May 24, 2023, defendants moved to opt out of the court's alternative dispute resolution program. ECF No. 24.

Good cause appearing, it is hereby ORDERED that defendants' motion, ECF No. 24, is granted, and the stay entered May 2, 2023, is lifted.[1]

IT IS SO ORDERED.

Dated:   August 10, 2023                              _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants are directed to respond to plaintiff's pending motions at ECF Nos. 23 & 27.