UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | Case No. 2:22-cv-00650-WBS-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| D. MORENO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 18, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 18, 2024, are adopted in full and

2. All claims are dismissed without prejudice as against defendant Hayes with the

1

1 | exception of plaintiff's Eight Amendment claim for failure to protect.

2 | Dated: August 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE